IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington resident<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE HOUSING AUTHORITY, a public entity,<br><br>Defendant. | NO. 2:20-cv-658<br><br>**PLAINTIFF'S DEMAND FOR A JURY TRIAL** |

### **PLAINTIFF'S DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff, Tony Roque, by and through his attorneys at Washington Civil & Disability Advocate pursuant to Rule 38 of the Federal Civil Rules of Procedure, hereby submits his demand for a Jury Trial.

DATED May 4, 2020.

  ___/s/ Bonnie Fong_____
  Bonnie Fong
  Attorney for Plaintiff

PLAINTIFF'S DEMAND FOR A JURY TRIAL
**Page 1 of 1**

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558