Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington resident<br><br>Plaintiff,<br><br>vs.<br>SEATTLE HOUSING AUTHORITY, a public entity,<br><br>Defendant. | NO.  2:20-cv-658-RAJ<br><br>STIPULATION AND ORDER FOR EXTENSION OF TEMPORARY RESTRAINING ORDER |

## I.  STIPULATION

On May 4, 2020, this Court granted Plaintiff's motion for a temporary restraining order and entered an ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER ("TRO").  Dkt. #14.  The Court ordered the TRO will be effective for 14 days after the date of service, and ordered the Defendant to show cause why this Court should not convert this TRO to a preliminary injunction motion on or before May 18, 2020 and Plaintiff's reply on May 22, 2020.  *Id.*  Defendant was served a copy of the TRO on May 5, 2020.  Dkt. # 16.  Thus, the TRO is effective until May 19.  The TRO will expire before the court has a chance to rule on the Show Cause Order.

STIPULATION AND ORDER FOR
EXTENSION OF TEMPORARY
RESTRAINING ORDER
Page 1 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1  The parties hereby stipulate to an extension of the TRO until this Court rules on the Show
2  Cause hearing, or until SHA's ADA Committee reviews Plaintiff's appeal of the denial of his
3  requested accommodation, provided that the decision is favorable to Plaintiff's request.
4  Thus, the Parties respectfully request that the Court enter an Order:
5      i.    Extending the mandatory terms of the TRO by this Court on the basis of the
6          stipulation of the parties.
7  EXECUTED at Seattle, WA, this 12th day of May 2020.

| OFFICE OF THE GENERAL COUNSEL SEATTLE HOUSING AUTHORITY | WASHINGTON CIVIL AND DISABILITY ADVOCATE |
|---|---|
| By: */s/ Leigh Ann Collings Tift*<br>    Leigh Ann Collings Tift (WSBA #11776) | By: */s/ Conrad Reynoldson*<br>    Conrad Reynoldson (WSBA #48187)<br><br>By: */s/ Bonnie Fong*<br>    Bonnie Fong (WSBA #51276) |
| Office of the General Counsel<br>Seattle Housing Authority<br>    190 Queen Anne Avenue North<br>    P.O. Box 19028<br>    Seattle, WA 98109<br>    Telephone: (206) 615-3315<br>    E-mail: LeighAnn.tift@seattlehousing.org | Washington Civil and Disability Advocate<br>    4115 Roosevelt Way NE, Ste B<br>    Seattle, WA 98105<br>    Telephone: (206) 876-8515<br>    Fax: (206) 876-8515<br>    E-mail: conrad@wacda.com<br>    E-mail: bonnie@wacda.com |
| Attorneys for Defendant Seattle Housing Authority | Attorneys for Plaintiff Tony Roque |

STIPULATION AND ORDER FOR EXTENSION OF TEMPORARY RESTRAINING ORDER
Page 2 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

**ORDER**

Based on the foregoing Stipulation and Motion, IT IS SO ORDERED that the ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER is extended pursuant to the stipulation of the parties.

DATED this 15th day of May, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER FOR
EXTENSION OF TEMPORARY
RESTRAINING ORDER
Page 3 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558