UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington Resident, <br><br> Plaintiff <br><br> v. <br><br> SEATTLE HOUSING AUTHORITY, a Public Entity, <br><br> Defendant | NO. 2:20-cv-658-RAJ <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION <br> [PROPOSED] |

This matter came before the Court on Plaintiff's Motion for a Preliminary Injunction. DKT#2. On May 4, 2020, the Court entered an Order Granting Temporary Restraining Order, DKT#14, and on May 15, 2020, the Court extended the terms of the Temporary Restraining Order on the Stipulation of the Parties. DKT#19.

Having considered Plaintiff's Motion for Preliminary Injunction, the Defendant's Response to the Court's Order to Show Cause, and Plaintiff's Reply, the Court DENIES Plaintiff's Motion for Preliminary Injunction. Plaintiff's Pleadings have not been properly served and Plaintiff failed to exhaust available administrative remedies. Further, the Court finds that Plaintiff is unlikely to succeed on the merits of the underlying causes of action.

DATED this ___th day of May, 2020 at Seattle, Washington.


_____
The Honorable Richard A. Jones

[PROPOSED] ORDER DENYING PRELIM INJ. - 2

# CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document, entitled Proposed Order Denying Motion for Preliminary Injunction, with the Clerk of the Court using the CM/ECF system and will send notice of filing to the following:

Washington Civil & Disability Advocate
Conrad Reynoldson
WSBA #48187
conrad@wacda.com
206-876-8515

Bonnie Fong
WSBA #51276
Bonnie@wacda.com
206-490-0962

DATED this 5th day of May, 2020, at Seattle, Washington.

/s/ Leigh Ann C. Tift
Leigh Ann C Tift

[PROPOSED] ORDER DENYING PRELIM INJ. - 3