THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington resident<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEATTLE HOUSING AUTHORITY, a public entity,<br><br>　　　　　Defendant. | NO.  2:20-cv-658<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION** |

THIS MATTER comes before the Court on Plaintiff's Motion for Preliminary Injunction, Request for Temporary Restraining Order, and Incorporated Memorandum of Law, and the Court having considered:

a) Plaintiff's Motion for Preliminary Injunction, Request for Temporary Restraining Order, and Incorporated Memorandum of Law, and all Declarations and Exhibits attached thereto;

b) Defendant's Response to the Court's Order to Show Cause, and all Declarations and Exhibits attached thereto;

c) Plaintiff's Reply to Defendant's Response to the Court's Order to Show Cause, and all

[PROPOSED] Order Granting Plaintiff's Request for a Preliminary Injunction

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

Page 1 of 3

Declarations and Exhibits attached thereto;

NOW THEREFORE, Plaintiff's Request for Preliminary Injunction Order is GRANTED pursuant to Fed. R. Civ. P. 65(a) and the Court hereby finds:

1) In the absence of a preliminary injunction, Plaintiff will suffer irreparable harm;

2) Plaintiff is likely to succeed on the merits;

3) The hardship to the Plaintiff in the absence of a preliminary injunction outweighs any hardship Defendant may experience in complying with federal and state law; and

4) The public interest favors granting a preliminary injunction.

Accordingly, it is hereby ORDERED that Defendant SEATTLE HOUSING AUTHORITY and all other persons in privity or in active concert or participation with them, are hereby directed to:

a) Provide Tony Roque's with a single, reserved parking space in the Raven Terrace parking garage to be shared by Mr. Roque's care provider and visiting nurses during their shifts;

b) _____

and are restrained and enjoined from:

c) Towing, ticketing, or otherwise prohibiting Tony Roque's care providers and visiting nurses from parking in Mr. Roque's reserved parking space at Raven Terrace.

d) _____

It is FURTHER ORDERED that pursuant to Fed. R. Civ. P. 65(c) the Plaintiff shall give security in the amount the Court considers proper.

[PROPOSED] Order Granting Plaintiff's Request for a Preliminary Injunction

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

Page 2 of 3

1  _____

2  _____

3

4  Dated at _____, 2020

5

6

7  _____

8  THE HONORABLE RICHARD A. JONES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

| [PROPOSED] Order Granting Plaintiff's Request for a Preliminary Injunction | WASHINGTON CIVIL & DISABILITY ADVOCATE<br>4115 Roosevelt Way NE, Suite B<br>Seattle, WA 98105<br>(206) 428-3558 |
|---|---|
| **Page 3 of 3** | |