IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington resident<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE HOUSING AUTHORITY, a public entity,<br><br>Defendant. | NO. 2:20-cv-658<br><br>**DECLARATION OF MARK BERNSTEIN IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

I, Mark Bernstein, am over the age of 18 and competent to testify on the matters stated herein. I declare that the following information is true under penalty of perjury:

1. I am a Case Manager for Aging and Disability Services in the Human Services Department for the City of Seattle.

2. Tony Roque is a client of mine.

3. Mr. Roque is a recipient of personal care services through Home and Community Services, the Department of Social and Health Services, the state of Washington. Given the extent of his personal care needs, it is imperative that the caregiver is

DECLARATION OF MARK BERNSTEIN IN
SUPPORT OF PLAINTIFF'S REPLY TO
DEFENDANT'S RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
**Page 1 of 3**

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

present for a significant period of time. The caregiver is also the sole resource for acquiring groceries, household items and medications.

4. Accommodations for the caregiver to be able to park and be accessible without worry is a vital aspect of providing support as part of the service plan.

5. A service plan is developed with the client identifying their needs and caregiving services in response for personal care to support. Mr. Roque, due to quadriplegia, is bedbound and needs assistance with all personal care activities which includes, but not limited to, bathing, personal hygiene and dressing. Of critical need is for a repositioning program, which is frequently conducted throughout the day and evening by a caregiver, to prevent pressure sores, wounds and rashes in order maintain skin integrity and health. The objective of this state service is to assist and support individuals to exercise their choices and opportunities to live independently in the community.

6. Long term care options offer individuals personal care services which include in-home and residential care. A client can exercise choice in the setting of their preference in meeting their need and receipt of service. The state does not provide 24 hours/ 7 days a week service in the home setting. That is available in residential facilities such as adult family home, assisted living and nursing homes. Mr. Roque, as the majority of clients, has chosen to live independently. A functional needs assessment identifies the number of eligible personal care hours per month. That number, along with a state approval of an exception to rule request that allows for additional hours in response to Mr. Roques needs in order to develop a safe service

DECLARATION OF MARK BERNSTEIN IN
SUPPORT OF PLAINTIFF'S REPLY TO
DEFENDANT'S RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
Page 2 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1  plan, has been providing Mr. Roque 16 hours a day of contracted agency homecare

2  support. This has enabled Mr. Roque the opportunity to live in his own home.

4 The foregoing is declared to be true under penalty of perjury under the laws of the State of

5 Washington, in Seattle, Washington.

7 DATED this 20th day of May, 2020.

DocuSigned by:

*Mark Bernstein*

B75E506917D3434

Mark Bernstein
Case Management
Aging and Disability Services
Human Services Department
City of Seattle
206-471-8572

DECLARATION OF MARK BERNSTEIN IN
SUPPORT OF PLAINTIFF'S REPLY TO
DEFENDANT'S RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
**Page 3 of 3**

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558