IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington resident<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE HOUSING AUTHORITY, a public entity,<br><br>Defendant. | NO. 2:20-cv-658<br><br>**DECLARATION OF BONNIE FONG IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

I, Bonnie Fong, am over the age of 18 and competent to testify on the matters stated herein. I declare that the following information is true under penalty of perjury:

I, BONNIE FONG, hereby declare as follows,

1. I am over the age of 18 and competent to testify on the matters stated herein.

2. I declare the following information:

3. I am one of the attorneys representing Plaintiff Mr. Tony Roque.

4. On March 2, 2020, I went on the Secretary of State website to search for the Seattle Housing Authority (SHA) in order to obtain SHA's registered agent information.

DECLARATION OF BONNIE FONG IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE
**Page 1 of 2**

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

5. On May 8, 2020, I requested a reserved spot in the parking garage from Davina O'Connor, the Raven Terrace property manager. This request was denied on May 12, 2020. The following day, I told SHA's counsel that Mr. Roque would be asking for a reserved spot in this Reply and even offered to stipulate to a surreply on that narrow issue. SHA's counsel did not respond.

6. SHA does not provide a tort claim form or contact information of its specified agent through its website. The King County Auditor's Office had no information about SHA's specified agent. As a result, Mr. Roque resorted to using the "Washington State Tort Claim" form and emailed it to SHA's counsel, in anticipation for a later claim of damages, because SHA provided no other option to submit claims.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED May 22, 2020.

　　　　　　　　　　　　　　　　　　　　__/s/ Bonnie Fong_____
　　　　　　　　　　　　　　　　　　　　　　　Bonnie Fong
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DECLARATION OF BONNIE FONG IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE
Page 2 of 2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558