The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TONY ROQUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE HOUSING AUTHORITY,<br><br>　　　　　Defendant. | Civil Action No. 2:20-cv-00658-RAJ<br><br>**ORDER** |

This matter is before the Court *sua sponte*. On June 6, 2020, this Court held a telephonic conference regarding the status of Plaintiff's pending appeal to the Seattle Housing Authority ("SHA") ADA Committee. Dkt. # 28. Defendant indicated that a hearing on Plaintiff's appeal is scheduled for June 8, 2020 and that a final decision is anticipated within two weeks of the hearing. Thus, no later than **3:00 pm on June 25, 2020**, the parties are **ORDERED** to submit a joint status report describing the outcome of Plaintiff's appeal hearing. The Court will defer ruling on Plaintiff's request for a preliminary injunction pending receipt of the parties' joint status report. The parties are also **ORDERED** to **MEET AND CONFER** on any outstanding issues related to proof of service. To the extent the parties are somehow unable to resolve this issue prior to June 25, 2020, this should also be addressed in the joint status report.

ORDER - 1

Finally, consistent with this Court's oral ruling, the temporary restraining order (Dkt. # 14) is hereby **MODIFIED** to require Defendant to provide Mr. Roque with one <u>reserved</u> parking spot, to be shared by Mr. Roque's caregivers.  It is Mr. Roque's responsibility to coordinate the shared use of this parking spot by his caregivers. Defendant is not obligated to provide Mr. Roque or his caregivers with any other parking accommodations, beyond this reserved spot.

DATED this 2nd day of June, 2020.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER - 2