IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY ROQUE, a Washington resident

        Plaintiff,

  vs.

SEATTLE HOUSING AUTHORITY, a public entity,

Defendant.

NO.  2:20-cv-658

NOTICE OF NONCOMPLIANCE WITH TRO AND REQUEST FOR HEARING

On May 4, 2020, the Court granted an Order for a Temporary Restraining Order, which required Defendant Seattle Housing Authority ("SHA") to provide Mr. Roque's care provider and visiting nurses "with full and unrestricted access to park in the Raven Terrace parking garage…" *See Dkt. #14*, at 5. On June 2, 2020, the Court filed an Order modifying the temporary restraining order in order to require "Defendant to provide Mr. Roque with one reserved parking spot, to be shared by Mr. Roque's caregivers." *See Dkt. #29*, at 2. Plaintiff Tony Roque submits this Notice to inform the Court that, since this TRO was issued, SHA  has repeatedly failed to ensure that Mr. Roque's reserved parking spot is actually available for his caregivers' use, effectively undermining both Mr. Roque's necessary accommodation, and the Court's TRO.  Mr. Roque requests an immediate hearing, to determine whether a further modification to the TRO is necessary in light of these facts.

**NOTICE OF NONCOMPLIANCE WITH TRO AND REQUEST FOR HEARING -** 1
CASE NO. 2:20-cv-658

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

The facts supporting this request are detailed in the accompanying Declaration of Bonnie Fong, along with supporting exhibits.

DATED THIS 16th day of June, 2020

By:
 */s/Bonnie Fong*
Bonnie Fong
WSBA#51276
Bonnie@wacda.com
(206) 455-6430
 WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105


*/s/Conrad A. Reynoldson*
Conrad A. Reynoldson
WSBA# 48187
Conrad@wacda.com
(206) 428-3558
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105

*Attorneys for Plaintiff Tony Roque*

**NOTICE OF NONCOMPLIANCE WITH TRO AND REQUEST FOR HEARING -** 2
CASE NO. 2:20-cv-658

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed the foregoing NOTICE OF

NONCOMPLIANCE WITH TRO AND REQUEST FOR HEARING and this CERTIFICATE

OF SERVICE with the Clerk of the Court using the CM/ECF System which will send

notification of such filing to the following:


*Attorneys for Defendants*


DATED: this 16th day of June, 2020, at Seattle, Washington.


_/s/Bonnie Fong_
Bonnie Fong
WSBA#51276
Bonnie@wacda.com
(206) 455-6430
 WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105
*Attorney for Plaintiff Tony Roque*

**NOTICE OF NONCOMPLIANCE WITH TRO AND REQUEST FOR HEARING -** 3
CASE NO. 2:20-cv-658

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558