UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TONY ROQUE, a Washington Resident,

                Plaintiff

    v.

SEATTLE HOUSING AUTHORITY, a Public Entity,

                Defendant

NO. 2:20-cv-658-RAJ

SUPPLEMENTAL JOINT STATUS REPORT

Plaintiff and Defendant, through their undersigned counsel, submit a supplemental Joint Status Report as required by the Court's order of July 1, 2020 to address the following: "Proposed dates for the Court to conduct a hearing on Plaintiff's Motion for Preliminary Injunction; whether the parties anticipate calling witnesses, and if so, the names of all proposed witnesses; and the effect, if any, on the proposed filing of an Amended Complaint on scheduling a hearing on the Motion for Preliminary Injunction." *Dkt #42*.

**I.     Proposed Dates**

Plaintiff requests that the hearing on Preliminary Injunction be scheduled no sooner than September 16, 2020 except September 21, 2020.  The purpose of waiting until September is to ensure that the pleadings are settled, and the parties have had the opportunity to conduct any

SUPPLEMENTAL STATUS REPORT - 4

necessary discovery prior to the hearing in order to present any additional evidence that would be helpful to the Court. Defendant is not opposed to this schedule.

**II.     Witnesses**

The parties will meet and confer prior to the hearing in order to determine if certain facts yet to be determined by the Court may be stipulated to so as to reduce the number of witnesses that may need to testify.  At present, Plaintiff intends to call the following witnesses:

1) Tony Roque

2) Fatuma Mohamed

3) Mark Bernstein

4) Davina O'Conner

5) Eric Owens

6) Sanja Stegich

7) Dr. Matthew Jaffy

Defendant reserves the right to call each of the witnesses Plaintiff has listed, in the event Plaintiff does not do so, and asks leave of the Court to engage in direct examination, in addition to cross examination.

**III.    The effect on the proposed filing of an Amended Complaint**

The Parties agree to wait until after Plaintiff's First Amended Complaint and Defendant's Answer are filed to schedule the hearing on the Preliminary Injunction Motion.

Respectfully submitted this 8th day of July, 2020 at Seattle, Washington by:

| s/ Bonnie Fong | s/ Conrad Reynoldson |
|---|---|
| Bonnie Fong | Conrad Reynoldson |
| WSBA# 51276 | WSBA# 48187 |
| Bonnie@wacda.com | conrad@wacda.com |

SUPPLEMENTAL STATUS REPORT - 4

| | |
|---|---|
| (206) 455-6430 | (206) 876-8515 |

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105

| | |
|---|---|
| s/Thomas Zito | s/ Sean Betouliere |
| Thomas Zito | Sean Betouliere |
| *PRO HAC VICE* | *PRO HAC VICE* |
| tzito@dralegal.org | sbetouliere@dralegal.org |
| (510) 529-3412 | (510) 529-3428 |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, 4TH FLOOR, BERKELEY, CA 94704

*Attorneys for Plaintiff Tony Roque*

/s/ Leigh Ann Collings Tift
Leigh Ann Collings Tift, WSBA #11776
Deputy General Counsel
LeighAnn.Tift@seattlehousing.org
*Attorney for Defendant Seattle Housing Authority*

SUPPLEMENTAL STATUS REPORT - 4