1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| 10 | TONY ROQUE, | |
| 11 | Plaintiff, | CASE NO. 2:20-cv-00658-RAJ |
| 12 | v. | ORDER SETTING SETTLEMENT CONFERENCE |
| 13 | SEATTLE HOUSING AUTHORITY, | |
| 14 | Defendant. | |

15

16    This matter has been referred to the Honorable J. Richard Creatura for purposes of

17  conducting a settlement conference.  *See* Dkt. 65.  The settlement conference shall be held

18  remotely on **Friday, March 26th** from 10:00 AM -1:00 PM.  Instructions for participating will

19  be sent to the parties separately.

20    The parties are ORDERED to each submit to this Court's chambers, but not file, a

21  settlement memorandum no later than 4:30 p.m., **March 23, 2021.**  Each settlement

22  memorandum shall be no longer than ten (10) pages, double-spaced. The parties are allowed to

23  submit attachments to the memorandum but should include only those attachments critical to the

24

1    explanation provided in the memorandum.  The memorandum <u>are to be exchanged between the</u>

2    <u>parties</u> and, at a minimum, include (1) the last demand and offer exchanged between the parties;

3    (2) the status of any outstanding discovery issues; and (3) the status of any outstanding motions.

4          These materials may be emailed to lara_major@wawd.uscourts.gov.

5          Parties are instructed to ensure the attendance of a person with authority to settle the case

6    on the date of the scheduled settlement conference.

7          Dated this 18th day of March, 2021.

                                                J. Richard Creatura
                                                United States Magistrate Judge