Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington Resident,<br><br>Plaintiff<br><br>v.<br><br>SEATTLE HOUSING AUTHORITY, a Public Entity,<br><br>Defendant | NO. 2:20-cv-658-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY AND EXTEND CURRENT DEADLINES |

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Stay Discovery and Extend Current Pretrial Deadlines (Dkt. # 69).  Finding good cause, the Court ORDERS as follows:

Discovery in this case is STAYED until May 12, 2021, by which time the parties shall file a brief joint case management statement to the Court.

///
///
///
///
///
///
///

ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY AND EXTEND CURRENT DEADLINES - 4

IT IS FURTHER ORDERED that all still-pending deadlines in this case are EXTENDED in accordance with the parties' Stipulation as follows:

| Event | New Deadline |
|---|---|
| Deadline to Complete Discovery | June 16, 2021 |
| Dispositive Motion Deadline | July 15, 2021 |
| All motions *in limine* must be filed by | September 15, 2021 |
| Agreed Pretrial Order due | September 29, 2021 |
| Pretrial Conference | To be set by Court |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | October 7, 2021 |

The Court declines to set a new trial date at this time, and will do so on an expedited basis, if necessary, should the parties be unable to reach a settlement.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (Dkt. # 53) is terminated, to be reinstated in full should the parties be unable to reach a settlement in this matter.

DATED this 13th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
STAY DISCOVERY AND EXTEND CURRENT
DEADLINES - 4