UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY ROQUE, a Washington Resident,

    Plaintiff,

v.

SEATTLE HOUSING AUTHORITY, a Public Entity,

    Defendant.

CASE NO. 2:20-cv-00658-JRC

BRIEFING SCHEDULE FOR FEE MOTION

This matter is before the Court on the parties' oral consent to have the undersigned preside. Dkt. 81; *see also* Dkt. 85. Pursuant to the Court's directions at the July 14, 2021 hearing in this matter, the parties have filed a joint proposed briefing schedule regarding the matter of attorney fees and costs. Dkt. 84.

The Court orders the parties to adhere to the following briefing schedule:

- Plaintiff's opening brief is due no later than August 13, 2021;
- Defendant's opposition is due no later than August 27, 2021; and
- Plaintiff's reply brief/motion is due no later than September 3, 2021.

BRIEFING SCHEDULE FOR FEE MOTION - 1

1  All motions/briefs are to comply with LCR 7 and the lengths of the briefs will be
2  governed by the rules for longer briefs listed in LCR (e)(3).
3
4  Dated this 30th day of July, 2021.
5
6  _____
   J. Richard Creatura
7  Chief United States Magistrate Judge