Hon Richard Creatura

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY ROQUE, a Washington resident,<br><br>　　　　Plaintiff<br><br>v.<br><br>SEATTLE HOUSING AUTHORITY, a public entity,<br><br>　　　　Defendant. | NO. 2:20-cv-658-JRC<br><br>**JOINT STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: Tuesday, November 1, 2022 |

## I. STIPULATED MOTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tony Roque and Defendant Seattle Housing Authority, by and through their undersigned counsel of record, hereby jointly stipulate and agree that an agreement has been reached and as a result the parties further stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure with each to bear their own costs except as previously ordered by this Court (Dkt. No. 92).

Joint Stipulated Motion to Dismiss and [proposed] Order - 1
No.: 2:20-cv-658-JRC

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1  DATED THIS 1st day of November 2022

2

3   <u>s/Conrad Reynoldson</u>                <u>s/Marielle Maxwell</u>
    Conrad Reynoldson                   Marielle Maxwell
4   WSBA# 48187                         WSBA# 54957
    conrad@wacda.com                    marielle@wacda.com
5   (206) 876-8515                      (206) 455-6430

6   WASHINGTON CIVIL & DISABILITY ADVOCATE
    4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105
7
    <u>s/Thomas Zito</u>                     <u>s/Sean Betouliere</u>
8   Thomas Zito                         Sean Betouliere
    *PRO HAC VICE*                      *PRO HAC VICE*
9   tzito@dralegal.org                  sbetouliere@dralegal.org
    (510) 529-3412                      (510) 529-3428
10
    DISABILITY RIGHTS ADVOCATES
11  2001 CENTER STREET, 4TH FLOOR, BERKELEY, CA 94704

12  *Attorneys for Plaintiff Tony Roque*

13
    <u>/s/ Charles W. Lind</u>
14  Charles W. Lind, WSBA #19974
    General Counsel
15  clind@seattlehousing.org

16   *Attorney for Defendant Seattle Housing Authority*

17

18

19

20

21

22

23

## [PROPOPSED] ORDER

It is so ORDERED. This case is dismissed with prejudice in its entirety, with attorneys' fees and costs only as ordered per Docket No. 92.

DATED this _____ of November 2022

                                                                                            _____
                                                                                            The Honorable Richard Creatura
                                                                                            United States Magistrate Judge

Joint Stipulated Motion to Dismiss and [proposed] Order - 3
No.: 2:20-cv-658-JRC

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558